IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYATT FRANCHISING, L.L.C.,<br><br>Petitioner,<br><br>v.<br><br>SHEN ZHEN NEW WORLD I, LLC, and<br>SHEN ZHEN NEW WORLD INVESTMENT<br>(USA) INC.,<br><br>Respondents. | Case No. 1:16-cv-08306<br><br>Judge Virginia M. Kendall |

## FINAL JUDGMENT

THIS MATTER having come before the Court on Hyatt Franchising, L.L.C.'s Petition to Confirm the August 24, 2016 Final Award entered by Arbitrator Gerald Saltarelli in American Arbitration Association Case No. 01-14-0002-2832 (the "Final Award") and Shen Zhen New World I, LLC's and Shen Zhen New World Investment (USA) Inc.'s Petition to Vacate the Final Award, and the Court having determined that the Final Award should be confirmed in its entirety [Doc. 55],

**IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Hyatt Franchising, L.L.C., and against Shen Zhen New World I, LLC and Shen Zhen New World Investment (USA) Inc., jointly and severally, as follows:

    A.    Shen Zhen New World I, LLC and Shen Zhen New World Investment (USA) Inc. shall pay to Hyatt Franchising, L.L.C. the amount of $9,052,192.36.

    B.    In accordance with the Arbitrator's determination that post-award interest would accrue on any amounts not paid when due at the rate of .56% per annum, Shen Zhen New World

I, LLC and Shen Zhen New World Investment (USA) Inc. shall also pay to Hyatt Franchising, L.L.C. the amount of $28,887.65.

        C.     Interest shall accrue on any unpaid amounts due under this Judgment from the date of its entry in accordance with 28 U.S.C. § 1961.

        D.     Hyatt Franchising, L.L.C. is allowed such writs and processes as may be necessary in the enforcement and collection of this Judgment.

ENTERED this \_\_\_19th\_\_\_ day of April, 2017.

                                                _____
                                                THE HONORABLE VIRGINIA M. KENDALL
                                                United States District Court Judge
                                                Northern District of Illinois