IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HYATT FRANCHISING, L.L.C.,

    Petitioner and Cross-Respondent,

v.

SHEN ZHEN NEW WORLD I, LLC, and
SHEN ZHEN NEW WORLD INVESTMENT
(USA) INC.,

    Respondents and Cross-Petitioners.

**1:16-cv-8306**
**Hon. Virginia M. Kendall**

## NOTICE OF APPEAL

Notice is hereby given that Respondents and Cross-Petitioners Shen Zhen New World I, LLC and Shen Zhen New World Investment (USA) Inc. hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment [Dkt 56] entered on April 20, 2017 confirming the arbitration award.

    Respectfully submitted,

    SHEN ZHEN NEW WORLD, LLC and
    SHEN ZHEN NEW WORLD INVESTMENT
    (USA) INC.

Dated: May 22, 2017    By: /s/ Bruce Cohen
                               Bruce M. Cohen
                               One of Their Attorneys

Bruce M. Cohen (appearing *pro hac vice*; CA Bar No. 084318)
bcohen@cohen-lord.com
Attorneys for Respondents and Cross-Petitioners
Cohen & Lord, a P.C.
1801 Century Park East, Suite 2600
Los Angeles, CA 90067
310-691-2200

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2017 he electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Norman M. Leon
    John A. Hughes
    DLA Piper LLP (US)
    444 West Lake Street, Suite 900
    Chicago, Illinois 60606
    *Attorneys for Hyatt Franchising L.L.C.*

By: s/ Bruce Cohen
    Bruce M. Cohen